SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

_____

| | |
|---|---|
| ADELE DEMARTINO, ON BEHALF OF HERSELF AND ALL OTHERS SIMILIARLY SITUATED, | INDEX NO. FILING DATE: 12/26/18 |
| Plaintiff, | **SUMMONS WITH NOTICE** |
| -against- | |
| NATIONWIDE CREDIT, INC. AND ALTISOURCE PORTFOLIO SOLUTIONS S.A., | Plaintiff designates Nassau County as the place of trial |
| Defendants. | The basis of the venue is Plaintiff's residence |

_____

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 27th day of December 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 27th day of December 2017, together with the costs of this action and attorney's fees.

Dated:          December 26, 2018

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107

Index No.

ADELE DEMARTINO,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                Plaintiff(s),

   -vs-

NATIONWIDE CREDIT, INC.
AND ALTISOURCE PORTFOLIO SOLUTIONS S.A.,

                Defendant(s).

## SUMMONS WITH NOTICE

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

PO Box 10354  
Des Moines, IA 50306-0354

01249

NCI ID: REDACTED 0590

AMOUNT ENCLOSED:

028/A36/898/01/27/2018/NY/1.0/20180115

o Change of address: Print New Address on Back

REMIT TO:

NATIONWIDE CREDIT, INC.  
PO Box 14581  
Des Moines IA 50306-3581

70412-30A  
Adele Demartino  
103 LEXINGTON AVE APT B  
Oyster Bay NY 11771-2132

01  1736111 0590  3

*** Please See Reverse Side of This Letter for Important Consumer Information ***  
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order. Make Sure the "Remit to" Address appears in the Window



### Nationwide Credit, Inc.

PO Box 14581  
Des Moines, IA 50306-3581  
Monday - Friday 8 AM to 6 PM ET 1-877-779-3471



Pre-Charge off CARE Offer letter

**Payment Plans Available!**  
**Please Call Us at 1-877-779-3471**

Dear ADELE DEMARTINO,

As you know, your account has been referred to us for collection with a total balance of $4,289.75. As we work with you to resolve the balance on your account, we also understand that when challenging times arise they can cause financial stress and hardship.

We are writing today to let you know that multiple payment plans are available for you. As an example, American Express® may qualify you for a plan that can:

- Temporarily lower your interest rate, if applicable
- Temporarily provide relief from late payment fees
- Prevent this account from going further past due

To assist you, we must hear from you. Please call us at 1-877-779-3471. We are available to assist you Monday - Friday 8 AM to 6 PM ET.

As of the date of this letter, you owe $4,289.75. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment. For further information, write the undersigned or call 1-877-779-3471.

Sincerely,  
MAURICE RICO  
Nationwide Credit, Inc.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

A36  
112217

PERSONAL AND CONFIDENTIAL
PO Box 10354
Des Moines, IA 50306-0354

00465

023/A01A/SS/816/12/29/2017/NY

| ACCOUNT NUMBER | |
|---|---|
| NCI ID: REDACTED10491 | |
| ACCOUNT BALANCE: | $2,755.74 |
| AMOUNT ENCLOSED: | |

24-hour account access: myaccount.ncirm.com
o Change of address: Print New Address on Back

REMIT TO:

NATIONWIDE CREDIT, INC.
PO Box 14581
Des Moines IA 50306-3581

70027-29A
Adele Demartino
103 LEXINGTON AVE APT B
Oyster Bay NY 11771-2132

01 1736110491 4

\*\*\* Please see the reverse side of this letter for important notices concerning your rights \*\*\*
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order - Make Sure the "Remit to" Address appears in the Window



### Nationwide Credit, Inc.
PO Box 14581
Des Moines, IA 50306-3581
Monday - Friday 8 AM to 6 PM ET 1-877-779-3471
myaccount.ncirm.com

NCI ID: REDACTED0491
Current Creditor: AMERICAN EXPRESS
Account Number: XXXXXXXXXX21001
Account Balance: $2,755.74
Date: 12/29/2017



myaccount.ncirm.com

➢ 24-hour Access

➢ Make, or
   Reschedule
   a Payment

➢ Change your
   Contact
   Information

➢ And More...

**We Want to Help You - Your Way!**

Your outstanding balance with the above referenced creditor is past due and has been referred to Nationwide Credit, Inc. for collection. The Account Balance as of the date of this letter is shown above. Your creditor may add interest and fees to your account balance from time to time in accordance with your agreement with the creditor. If you pay the above balance amount and, if your creditor requires an additional amount to consider your account paid in full, we will attempt to contact you.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of a judgment against you and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This demand for payment does not eliminate your right to dispute this debt or inquire for more information about this debt, as described in the previous paragraphs.

The following options are available to help you resolve this account:

| | |
|---|---|
| **Secure Online Portal:** myaccount.ncirm.com is available 24 hours a day to schedule payments, negotiate alternatives, manage your account and more! Login using your NCI ID: REDACTED and Password: 3897 | **Pay by Mail:** Send your check or money order to NATIONWIDE CREDIT, INC. PO Box 14581, Des Moines, IA 50306-3581 Reference your NCI ID on your check or money order |

Sincerely,

MAURICE RICO
Nationwide Credit, Inc.

This communication is an attempt to collect a debt by a debt collector or consumer collection agency and any information obtained will be used for that purpose.
Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

(1) the use or threat of violence;
(2) the use of obscene or profane language; and
(3) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI)
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last 60 days.

A01A