UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ADELE DeMARTINO

          -v-

NATIONWIDE CREDIT, INC.
ALTISOURCE PORTFOLIO SOLUTIONS, S.A.
----------------------------------------X

<u>ORDER OF DISMISSAL FOR
LACK OF ACTIVITY</u>

CV 19- 915(JS)(SIL)

APPEARANCES:

FOR PLAINTIFF(S):
Mitchell Pashkin, Esq.
775 Park Av.   #255
Huntington  NY 11743

FOR DEFENDANT(S):
Matthew Corwin, Esq.
Ellen Silverman, Esq.
Hinshaw & Culbertson
800  3 Av.    13 Fl.
New York  NY 10022

SEYBERT, DISTRICT JUDGE:

      The above-captioned action was opened with the filing of a Notice of Removal on Feb. 15, 2019. There having been no docket activity by the plaintiff since then, the Court issued a Notice of Impending Dismissal for failure to prosecute on Dec. 12, 2019 (docket entry [5]). The 15 day response period has elapsed.

      IT IS HEREBY ORDERED that the case be DISMISSED without prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and mark the case closed.

                                        SO ORDERED.
                                        /s/ JOANNA SEYBERT
                                        JOANNA SEYBERT, U.S.D.J.

Dated:   Central Islip, New York
         Jan. 6 , 2020