**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ADELE DeMARTINO,

                       Plaintiff,

    - against -

NATIONWIDE CREDIT, INC., ALTISOURCE
PORTFOLIO SOLUTIONS, S.A.

                   Defendants.
----------------------------------------------------------------X

**JUDGMENT**
CV 19-915 (JS) (SIL)

An Order of Dismissal For Lack of Activity of Honorable Joanna Seybert, United States District Judge, having been filed on January 6, 2020, dismissing this case without prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to enter judgment and mark this case closed, it is

**ORDERED AND ADJUDGED** that plaintiff Adele DeMartino take nothing of defendants Nationwide Credit, Inc., and Altisource Portfolio Solutions, S.A.; that this case is dismissed without prejudice for lack of prosecution; and that this case is hereby closed.

Dated: January 7, 2020
      Central Islip, New York

                                               DOUGLAS C. PALMER
                                               CLERK OF THE COURT

                                     By:    /s/ James J. Toritto
                                                         Deputy Clerk